# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Michael Anthony Bullabough, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:11-cv-00639-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| Rush P. Watson, et al | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 23, 2013 Order.

January 23, 2013

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court