UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-cv-639-RJC

| | |
|---|---|
| MICHAEL ANTHONY BULLABOUGH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| RUSH P. WATSON, et al., ) | **ORDER** |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Plaintiff's Motion for a Hand Written Analysis and DNA Comparison, (Doc. No. 14), in which Plaintiff seeks an Order from the Court requiring a hand-writing analysis of the victim of a crime allegedly committed by Plaintiff in ongoing state criminal proceedings against Plaintiff.

On January 23, 2013, this Court dismissed this action because Plaintiff's state criminal proceedings are still ongoing. (Doc. No. 12). The Clerk entered Judgment on the same day. (Doc. No. 13). Because the Court has already dismissed this action, the Court will deny the pending motion as moot.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for a Hand Written Analysis and DNA Comparison, (Doc. No. 14), is **DENIED**.

Signed: February 22, 2013

Robert J. Conrad, Jr.
Chief United States District Judge